**Electronically Filed
Supreme Court
SCPW-25-0000831
13-FEB-2026
01:21 PM
Dkt. 16 ODDP**

SCPW-25-0000831

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ROBERT H. HARDIN, JR., Petitioner,

vs.

THE HONORABLE ANNALISA M. BERNARD LEE,
Judge of the District Court of the Second Circuit,
State of Hawaiʻi, Respondent Judge,

and

AMERICAN EXPRESS COMPANY, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 2DSC-25-0000144)

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS WITH PREJUDICE
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Johnson, assigned by reason of vacancy)

A petition for writ of mandamus was filed in this case on November 18, 2025. Petitioner subsequently filed a notice of dismissal on December 8, 2025, that requests dismissal of the petition for writ of mandamus. Based on the record, we construe the December 8, 2025 notice as a motion to dismiss and grant the motion.

It is ordered that the petition is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, February 13, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Ronald G. Johnson

